PEOPLE, Respondent, v. BRESLER, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Lazar Bresler. B. Jaffe, of New York City, for appellant. R. S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

SCOTT and HOTCHKISS, JJ., dissent.

PEOPLE, Respondent, v. BURCHARD, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Paul Burchard. H. W. Unger, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. CAESARO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Vincenzo Caesaro. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. CEPRIANO, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Cilo Cepriano.

PER CURIAM. The time to appeal did not run after the trial court had set aside the verdict of conviction. The affidavits on that motion presented questions to be passed on by the court, and its judicial action thereon, setting aside the verdict, remained conclusive until such order should be vacated. Hence the time to appeal did not run while there was no judgment of conviction to appeal from, and this continued until the court vacated its previous order, which in effect reinstated the original judgment. Accordingly the motion to dismiss the appeal is denied. The order of January 12, 1915, is modified, by striking out therefrom, at folio 255, the words "as null and void," and, as modified, is affirmed. But a review of the trial record leads to its affirmance. The alleged prejudicial atmosphere created by the prosecution was due to receiving proof of conversations had with the defendant, or in his presence, which, though accusatory in form, were nevertheless admissible. Judgment of conviction of the County Court of Kings County affirmed. See, also, 152 N. Y. Supp. 1132.

PEOPLE v. DALE. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Theodore B. Dale, in which Maurice Brodsky, as executor, etc., appeals. H. Siegrist, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Order reversed, and motion denied. Settle order on notice.

154 N.Y.S.—72

PEOPLE, Respondent, v. DEALY, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Proceeding by the People of the State of New York against Jacob Dealy. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE, Respondent, v. DONOVAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Grace Donovan. No opinion. Judgment of conviction of the County Court of Nassau County and order affirmed.

PEOPLE, Respondent, v. DROSTO, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Charles F. Drosto, Jr. Baldwin, Fisher & Potter, of New York City, for appellant. E. C. Kindleberger, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. EGAN, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Joseph Egan. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Proceeding by the People of the State of New York against Edward Fisher. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Respondent, v. GROTE, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Charles Grote. W. B. Dobbs, of New York City, for appellant. R. H. Mitchell, of New York City, for the People. No opinion. Judgment and orders (in 153 N. Y. Supp. 631) affirmed. Order filed.

PEOPLE, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Albert Levy. K. H. Rosenberg, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. LUTZ, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Warren Stevens Lutz, etc. K. Henry Rosenberg, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 152 N. Y. Supp. 1133.